**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

Approved.
It is SO ORDERED.
s/*Dan Aaron Polster*
United States District Judge
April 8, 2019

_____ )
                                            )
                                            )
APPLIED INDUSTRIAL TECHNOLOGIES,  )      CASE NO.  1:19-cv-00307
INC.                                        )
         Plaintiff,                         )      JUDGE DAN AARON POLSTER
                                            )
     vs.                                    )
                                            )      **VOLUNTARY NOTICE OF**
APPLIED HOME HEALTHCARE          )      **DISMISSAL OF COMPLAINT**
EQUIPMENT LLC,                              )      **WITH PREJUDICE**
                                            )
        Defendant.                          )
_____ )

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Applied Industrial Technologies, Inc

("Plaintiff") hereby moves for immediate dismissal of all claims with prejudice.  Dismissal under

Rule 41(a)(1)(A)(i) is appropriate as Defendant Applied Home Healthcare Equipment LLC.

("Defendant") has filed neither an answer to the Complaint nor a motion for summary judgment

as to the claims.

Respectfully submitted,

Date:   April 8, 2019                    / Brian E. Turung /_____
                                          Brian E. Turung (Bar No. 0052034)
                                          FAY SHARPE LLP
                                          The Halle Building, 5th Floor
                                          1228 Euclid Avenue
                                          Cleveland, Ohio 44115-1843
                                          Phone:  216.363.9000
                                          Fax:  216.363.9001
                                          E-Mail:  bturung@faysharpe.com

                                          Attorney for Plaintiff
                                          Applied Industrial Technologies